# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2017

## NO. 03-15-00446-CV

**Baxter Oil Service, Ltd., Appellant**

**v.**

**Texas Commission on Environmental Quality, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the interlocutory order signed by the trial court on June 29, 2015 granting appellee's plea to the jurisdiction and dismissing appellant's summary-judgment motion. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.